UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THEODORE MYERS, SR., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br><br> Defendant. | CASE NO. CV 08-7118-ODW (AGR) <br><br> ORDER TO SHOW CAUSE RE PROOF OF SERVICE |

    Pursuant to this Court's Order of November 7, 2008, Plaintiff was ordered to file a Proof of Service showing compliance with Paragraph I of the Court's Order within 120 days of the filing on the complaint, i.e., by March 9, 2009. The Court's Order warned Plaintiff that failure to comply "may result in dismissal of this case." To date, the Proof of Service has not been filed with the Court.

    The Clerk is directed to mail Plaintiff a form Proof of Service. As explained in the November 7, 2008 order, Plaintiff must send a copy of the summons and complaint by registered or certified mail to each of the following:

    (1) the United States Attorney for the Central District of California, or his or her authorized agent, addressed to the civil process clerk at the Office of the United States Attorney, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012;

(2) the Commissioner of Social Security in Washington D.C.; and

(3) the Attorney General of the United States in Washington, D.C.

After completing service, Plaintiff shall fill out and file a Proof of Service, and need not file the Proof of Service electronically.

Accordingly, **no later than March 23, 2009, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute.  Filing of the Proof of Service on or before **March 23, 2009,** shall be deemed compliance with this Order to Show Cause.

DATED: March 13, 2009

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE